UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LISA M. MORROW,

    Plaintiff,

v.

    File No. 1:08-cv-233

    HON. ROBERT HOLMES BELL

COMMISSIONER OF SOCIAL SECURITY,

    Defendants.
    _____/

## MEMORANDUM OPINION AND ORDER
## ADOPTING THE REPORT AND RECOMMENDATION

This matter is before the Court on review of a final decision of the Commissioner of Social Security denying supplemental security income benefits to Plaintiff Lisa M. Morrow. On February 26, 2009, United States Magistrate Judge Joseph G. Scoville issued a Report and Recommendation ("R&R"), recommending that the Court affirm the decision of the Commissioner. Plaintiff has not filed objections to the R&R. Failure to file specific objections to a report and recommendation constitutes a waiver of any further right of appeal. *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir.1981); *see Thomas v. Arn*, 474 U.S. 140, 142 (1985) (approving the *Walters* rule). The Court concurs with the opinion of the Magistrate Judge as set forth in the R&R.

    Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation (Dkt. No. 13) is **APPROVED** and **ADOPTED** as the opinion of this Court.

**IT IS FURTHER ORDERED** that the decision of the Commissioner of Social Security is **AFFIRMED**.

**This case is closed.**

Dated: March 31, 2009                                         /s/ Robert Holmes Bell
                                                                          ROBERT HOLMES BELL
                                                                          UNITED STATES DISTRICT JUDGE